Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 13-70325-HdH-13 |
| | § |
| Pedro Martinez | § |
| and | § JUDGE HARLIN D. HALE |
| Brenda Sue Martinez | § |
| | § HEARING DATE: 4/16/2014 |
| DEBTORS | § HEARING TIME: 10:30 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 4/16/2014, which is at least twenty-eight (28) days from the date of service hereof, at 10:30 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 208, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 03/10/2014, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
Pedro Martinez                             § CASE NO. 13-70325-HdH-13
 and                                       §
 Brenda Sue Martinez                       § HEARING DATE: 4/16/2014
DEBTOR(s)                                  § HEARING TIME: 10:30 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 03/10/2014

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  9/6/2013

2. Date of Section 341 Meeting: 10/4/2013

3. First Payment Date:  10/6/2013

4. Date of Confirmation: 10/28/2013

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   6

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 54

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 4/6/2014

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $4,600.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $4,600.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $920.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

NONE

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

   __x__ DECREASE monthly payment from $920.00 per month to $1,011.00 per month (must coincide with resume date shown in item 9 above)

Any arrears indicated in item 8 above shall be cured by the following method: Debtor proposes to cure arrears through March of $920.00 by this plan modification to raise monthly plan payments starting in April 2014.

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved.  Payments to the Trustee in the amount of $1,011.00 will resume on or before 4/2014 for 54 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $55,200.00 to $59,194.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:        $ 4,600.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:      $54,594.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount        $59,194.00

IV. TREATMENT OF UNSECURED CREDITORS

 Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2.  Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final.  A proof of claim must be timely filed to be allowed.

X  The unsecured creditor pool remains $0.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

 ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| A | S-Wells Fargo Bank, NA | Post-petition mortgage arrears | $4,430.35 | $82.04 per month |

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

## VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

## VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Per Agreed Order entered 3/4/2014.

## VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)


## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 03/10/2014, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 13-70325-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Mon Mar 10 15:51:56 CDT 2014 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| American Collection Service<br>3100 Sw 59th St<br>Oklahoma City, OK 73119-6416 | American Collection Services, Inc.<br>3100 S. W. 59th<br>P.O. Box 44069<br>Oklahoma City, OK 73144-1069 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 |
| Brenda Sue Martinez<br>3805 Parker Blvd<br>Wichita Falls, TX 76302-2136 | Capital One Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| City of WF, WFISD, Wichita Co<br>c/o Harold Lerew<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188 | Continental Credit Corp.<br>706 10th Street<br>Wichita Falls, TX 76301-3408 | Continental/aka Security Finance Corp<br>SFC Centralized Bankruptcy/Continental 1<br>PO Box 1893<br>Spartansburg, SC 29304-1893 |
| Dynamic Recovery Solution<br>PO Box 25759<br>Greenville, SC 29616-0759 | Executive Services<br>Executive Services<br>PO Box 2248<br>Wichita Falls, TX 76307-2248 | First National Bank<br>3801 Fairway<br>P.O. Box 94905<br>Wichita Falls, Texas 76308-0905 |
| Ginnys/Swiss Colony Inc<br>Attn: Bankruptcy<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Hank Rugeley<br>900 Eighth Street Suite 1102<br>PO Box 99<br>Wichita Falls, TX 76307-0099 | Harris & Harris Ltd<br>111 West Jackson B<br>Chicago, IL 60604-4135 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Integrity Solution Svc<br>20 Corporate Hills Dr<br>Saint Charles, MO 63301-3749 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kohls/capone<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | LVNV Funding, LLC its successors and assigns<br>assignee of General Electric Capital<br>Corporation<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606-6974 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Monterey Collection<br>4095 Avenida de la Plata<br>Oceanside, CA 92056-5802 |
| NCO Finance /99<br>PO Box 15636<br>Wilmington, DE 19850-5636 | National Credit System<br>Attn: Bankruptcy<br>PO Box 312125<br>Atlanta, GA 31131-2125 | Palisades Collection, LLC<br>Vativ Recovery Solutions LLC, dba SMC<br>As Agent For Palisades Collection, LLC<br>PO Box 40728<br>Houston TX 77240-0728 |

| | | |
|---|---|---|
| Pedro Martinez<br>3805 Parker Blvd<br>Wichita Falls, TX 76302-2136 | Postel Family Credit Union<br>PO Box 4825<br>Wichita Falls, TX 76308-0825 | Progressive Financial Services<br>PO Box 22083<br>Tempe, AZ 85285-2083 |
| SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | Sun Loan Company<br>3146 5th St Ste H<br>Wichita Falls, TX 76301-1827 | U S Dept Of Ed/fisl/at<br>Attn: Bankruptcy<br>61 Forsythe St Room 19T89<br>Atlanta, GA 30303-8928 |
| U.S. Department of Education<br>P.O. box 16448<br>Saint Paul, MN 55116-0448 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | WICHITA FALLS CITY, ISD & WICHITA CO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 |
| Wells Fargo Bank, N.A.<br>Attn: Bankruptcy Dept<br>MAC #D3347-014<br>3476 Stateview Blvd<br>Ft Mill, SC 29715-7203 | Wells Fargo Bank, N.A.<br>P. O. Box 829009<br>Dallas, Texas 75382-9009 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| West Asset Management<br>2703 N Highway 75<br>Sherman, TX 75090-2567 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Postel Family Credit Union | (u)Wells Fargo Bank, N.A. | (d)Brenda Sue Martinez<br>3805 Parker Blvd<br>Wichita Falls, TX 76302-2136 |
| (d)Pedro Martinez<br>3805 Parker Blvd<br>Wichita Falls, TX 76302-2136 | End of Label Matrix<br>Mailable recipients 44<br>Bypassed recipients 4<br>Total 48 | |