

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 18, 2014**

_____
**United States Bankruptcy Judge**

_____

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 13-70325-HDH-13 |
| PEDRO MARTINEZ | DATED: April 18, 2014 |
| BRENDA SUE MARTINEZ | ATTORNEY: MONTE J WHITE |
| | HEARING DATE: APRIL 16, 2014 |

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated MARCH 10, 2014. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated MARCH 10, 2014 be and the same is hereby APPROVED, as stated below:

THE $920.00 DEBTORS ARE IN ARREARS SHALL BE REMOVED FROM THE PLAN BASE. DEBTOR'S MONTHLY PLAN PAYMENT SHALL INCREASE TO $1,030.00 BEGINNING APRIL 2014 FOR MONTHS 7 THROUGH 60. THE NEW PLAN BASE SHALL BE $60,220.00. WELLS FARGO BANK, N.A. SHALL BE ALLOWED A FULLY SECURED CLAIM FOR POST-PETITION MORTGAGE ARREARS IN THE AMOUNT OF $4,430.35 TO BE PAID THROUGH THE TRUSTEE WITH 0% INTEREST AND MONTHLY PAYMENTS OF $82.04 FOR THE REMAINDER OF THE PLAN. DEBTORS' ATTORNEY SHALL BE ALLOWED $400.00 FOR FILING THIS MODIFICATION TO BE PAID THROUGH THE TRUSTEE.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424